IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JENNIFER RONIN,[1] | § | |
| | § | No. 129, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN18-01869 |
| CHRIS CHAVEZ, | § | Petition No. 18-06440 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: August 20, 2019
Decided: August 28, 2019

**ORDER**

On August 2, 2019, the Senior Court Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for her failure to pay the Family Court filing fee and transcript costs. The appellant received the notice on August 8, 2019, but did not respond within the required ten-day period. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).